9069/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Indemnity Insurance Company of North America<br><br>                              Plaintiff<br><br>             -against-<br><br>M/V UNI CONCORD; M/V EVER DIAMOND; their engines, tackles, boilers, etc.; and EVERGREEN MARINE CORPORATION<br><br><br>                              Defendants. | **07 CV 11288 (GEL)**<br>**ECF**<br><br><br>**EVERGREEN MARINE'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant Evergreen Marine Corporation certifies that upon information and belief this defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: January 11, 2008
        New York, New York

                              Respectfully submitted,
                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR, LLP
                              *Attorneys for Evergreen Marine Corporation*

                              By:   S/ Paul M. Keane (PMK-5934)
                                    61 Broadway, Suite 3000
                                    New York, NY 10006
                                    Telephone: (212) 344-7042
                                    Telefax: (212) 344-7285