UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA

                Plaintiff,

   -against-

M/V UNI CONCORD, M/V EVER DIAMOND,
and EVERGREEN MARINE CORPORATION,

                Defendants.

------------------------------------------------------------x



07 Civ. 11288 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       July 25, 2008

                                              _____
                                                GERARD E. LYNCH
                                            United States District Judge