UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
INDEMNITY INSURANCE COMPANY            :
OF NORTH AMERICA                       :
:
                Plaintiff,    :
:   07 Civ. 11288 (GEL)
  -against-                           :
:   **ORDER**
M/V UNI CONCORD, M/V EVER DIAMOND,     :
and EVERGREEN MARINE CORPORATION,      :
:
                Defendants.   :
:
-------------------------------------------------------------x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

GERARD E. LYNCH, District Judge:

      On July 25, 2008, the Court issued an order of discontinuance upon the parties' settlement of all claims in this action, with leave to reopen within 30 days if the settlement was not consummated. The plaintiff now having advised the Court that certain outstanding issues need to be resolved before the settlement may be consummated, it is hereby

      ORDERED that the parties shall have leave to reopen by September 25, 2008, if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge